JOHN S. LEONARDO
United States Attorney
District of Arizona
LAWRENCE C. LEE
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: lawrence.lee@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-15-01504 TUC JGZ |
| Plaintiff, | GOVERNMENT'S SENTENCING MEMORANDUM |
| vs. | |
| Rita Guadalupe Robles Nevarez, | |
| Defendant. | |

The United States of America, by and through its undersigned attorneys, hereby submits its sentencing memorandum.

**The government requests a sentence of 13 months and one day, followed by a 3 year term of supervised release.**

According to co-defendant Miramontes, the defendant was the recruiter of this bulk cash smuggling endeavor. She kept her hands clean by having other people drive the cash-laden vehicles into Mexico. Co-defendant Miramontes also indicates that the defendant would drive vehicles loaded with drugs into the United States as part of the conspiracy. Co-defendant Guzman indicated that the defendant was his aunt, and that the vehicle belonged to her. When the defendant was confronted with this information, she stated that she had sold the vehicle a week earlier and that she had no knowledge of Guzman. However, a records check indicated that the defendant had driven the vehicle into the United States the day prior. As the defendant has now pled guilty, she has admitted to knowledge of the conspiracy.

She used the co-defendants to commit the crimes, while she sat back in what she thought was a risk-free role, where she was not with the vehicle as the co-defendants attempted to cross back into Mexico.  Unfortunately, the evidence showed that she was a member of the conspiracy, and she played a greater role in the crime than the co-defendants.  The defendant should be sentenced to a term of imprisonment of 13 months and one day, followed by a three year term of supervised release.

Respectfully submitted this 2nd day of February, 2016.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/ Lawrence C. Lee*

LAWRENCE C. LEE
Assistant U.S. Attorney

Copy of the foregoing served electronically or by other means this 2nd day of February, 2016 to:

Benjamin Singerman, Esq.