JON M. SANDS
Federal Public Defender
BENJAMIN D. SINGERMAN
Assistant Federal Public Defender
California State Bar No. 242725
ben_singerman@fd.org
407 W. Congress, Suite 501
Tucson, AZ  85701-1355
Telephone: (520)879-7500, Fax: (520)879-7600
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR15-01504-TUC-JGZ-CRP-3 |
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| Rita Guadalupe Robles-Nevarez, | |
| Defendant. | |

Defendant Rita Guadalupe Robles-Nevarez, by and through undersigned counsel, submits the following Sentencing and Disposition Memorandum for the Court's consideration at the time of sentencing and disposition:

Ms. Robles-Nevarez submits that a sentence of time served (173 days) would be sufficient but not greater than necessary to " to accomplish the objectives of § 3553(a).

On April 27, 2015, Ms. Robles-Nevarez sold a real estate property she owned in Santa Ana, Sonora, Mexico for US $65,000 to Rogelio Robles Caudillo. (See Exhibit A, which is the notarized real estate contract between Ms. Robles-Nevarez and Mr. Robles Caudillo.) Mr. Caudillo bought the property from Ms. Robles-Nevarez for cash, which he delivered to her in the United States.  Ms. Robles-Nevarez wanted to deliver this money to her mother, who lives in Magdalena, Sonora, Mexico.  Magdalena was Ms. Robles-Nevarez's hometown; it was also the hometown of her co-defendants Marco Allan Nevarez Guzman and Jesus Eduardo Miramontes.  She admits that she enlisted them to help her return the money to Mexico.  She fully accepts responsibility for conspiring to smuggle the proceeds of her real estate deal back to Mexico without declaring it.  She emphatically

denies, however, that she was part of a conspiracy to drive vehicles loaded with drugs into the United States, or that she regularly had other people drive cash-laden vehicles with drug proceeds back into Mexico. She asserts that Mr. Nevarez Guzman and Mr. Miramontes have attempted to exaggerate her role in their activities in order to minimize their own culpable conduct.

Since 2010, Ms. Robles-Nevarez has operated a party planning business in Mexico and Tucson, which yielded a monthly profit of approximately $2,000 in Tucson and about 70,000 pesos ($3700) a year in Mexico. In other words, her yearly income for the past five years has been about US $27,000 a year. She and her husband live in southwest Tucson with their two children: Juan Angel, age 14; and Jennifer Alexandra, age 11. The Presentence Report notes that "A home inspection was conducted on January 14, 2016, and it appears the defendant was not living beyond her means." (PSR ¶ 38.)

For her party planning business, Ms. Robles-Nevarez regularly drove from Tucson to Mexico to buy party supplies, which she then brought back to the United States. She will lose that source of income when she is deported from the United States at the end of her incarceration for this offense. She has also lost to forfeiture the proceeds of her sale of her family's property ($65,458) as well as the 2015 Ford Edge, which she bought less than a month before her co-defendants were caught in it at the border.

For Ms. Robles-Nevarez, her inevitable removal from the United States is the most punitive result of her conviction. Her daughter Jennifer is a United States citizen. Since birth, Jennifer has been under the care of a cardiologist due to a birth defect in her aortic valve. Ms. Robles-Nevarez's siblings and mother live in Magdalena, but Ms. Robles-Nevarez is distraught that her husband and young children will likely remain in the United States much of the time, visiting her in Mexico when they can. Because Ms. Robles-Nevarez understands that she will never be permitted to return to the United States, her punishment for her conviction will truly last a lifetime.

Ms. Robles-Nevarez is 41 years old and has no prior criminal history. She has been gainfully employed as a self-employed small businesswoman and is the mother of two young children. Her source of the money she conspired to smuggle was not illicit, but was

2

the legal sale of a piece of land she owned in Mexico. She deeply regrets involving herself with her codefendants to help her smuggle the money undeclared to Mexico. She firmly denies any other criminal involvement, and her lower middle class lifestyle, as verified by the Probation Office, demonstrates and clarifies that she is not the narcotics smuggling ringleader that the government, without proof, implies.

Her co-defendant Marco Allan Nevarez was sentenced to time served on December 22, 2015: a sentence of 5 months of imprisonment. A sentence of 6 months, or time-served, for Ms. Robles-Nevarez would not create an unwarranted sentence disparity among them, given that they were found guilty of similar conduct.

Therefore, respectfully, a sentence of time served (173 days imprisonment) would be sufficient and the "least restrictive" to accomplish the objectives of § 3553(a).

RESPECTFULLY SUBMITTED: February 10, 2016.

JON M. SANDS
Federal Public Defender

*s/ Benjamin D. Singerman*
BENJAMIN D. SINGERMAN
Assistant Federal Public Defender

*Certificate of Service*

*I hereby certify that on February 10, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic filing to the following CM/ECF registrants:*

Lawrence Corbin Lee, Assistant U.S. Attorney

Kelly A. Burruel, United States Probation Officer